**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 04-cr-00449-REB
(Civil Action No.  06-cv-02445-REB)

UNITED STATES OF AMERICA,

    v.

DENNIS S. HERULA,

    Movant.

---

### ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before **January 22, 2007**, shall file in the above criminal action an answer or other pleading in response to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated December 11, 2006

                                  BY THE COURT:

                                  s/ Robert E. Blackburn

                                  _____
                                  ROBERT E. BLACKBURN, Judge
                                  UNITED STATES DISTRICT COURT