# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 04-cr-00449-REB
(Civil Case No. 06-cv-02445-REB-CBS)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS S. HERULA,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#37], filed February 2, 2010. No objections having been filed to the recommendation, I review it only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#37], filed February 2, 2010, is **APPROVED AND ADOPTED** as an order of this court;

---

[1] This standard pertains even though defendant is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

2.  That defendant's **Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255** [#27], filed December 6, 2006, is **DENIED**;and

3.  That there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

Dated March 15, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge