IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 04-cr-00449-REB
Civil Case No. 06-cv-02445-REB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS S. HERULA,

    Defendant.

---

**ORDER DENYING DEFENDANT'S MOTION FOR
RECONSIDERATION OF ORDER ADOPTING RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE OR ISSUANCE
OR CERTIFICATE OF APPEALABILITY PURSUANT TO 28 U.S.C. § 2253(c)**

---

**Blackburn, J.**

The matter before me is defendant's **Motion for Reconsideration of Order Adopting Recommendation of the United States Magistrate Judge or Issuance of Certificate of Appealability Pursuant to 28 U.S.C. § 2253(c)** [#39], filed April 20, 2010. I deny the motion.

The bases for granting reconsideration are extremely limited:

> Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing.

**Servants of the Paraclete v. Does**, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations

omitted). Defendant offers nothing suggesting that any of these factors are implicated in this case. His mere disagreement with the decision denying his application for a writ of habeas corpus presents no proper basis on which to reconsider my prior ruling. Nor is there any proper basis on which to reconsider my prior denial of a certificate of appealability.

THEREFORE, IT IS ORDERED that defendant's **Motion for Reconsideration of Order Adopting Recommendation of the United States Magistrate Judge or Issuance of Certificate of Appealability Pursuant to 28 U.S.C. § 2253(c)** [#39], filed April 20, 2010, is **DENIED**.

Dated May 7, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge